

CHRISTINE BERBERICH
PARALEGAL
416 EAST AMITE STREET
JACKSON, MS 39201
OFFICE:    601.944.1008
FACSIMILE: 866.236.7731
Christine@mcraelaw.net

August 7, 2013
*Via United States & Electronic mail*

Paul Minor
1523 Nashville Avenue
New Orleans, LA 70115

    RE:   *Estate of Sylvia F. Minor v. United Services Automobile Association*
            **In the Circuit Court of Jackson County, Mississippi**
            **Cause No. 2008-00204**

Dear Mr. Minor:

Please find enclosed an invoice that Mr. McRae asked that I forward to you regarding the above-referenced matter. Please remit payment at your earliest convenience.

Should you have any questions, please contact Mr. McRae. Thank you for your attention to this matter.

                                          Sincerely,

                                          Christine Berberich,
                                          *Paralegal*

/cmb
Enclosures - Invoice

McRae Law Firm, PLLC
416 East Amite Street
Jackson, MS 39201

# Statement

| Date |
|---|
| 8/7/2013 |

To:

Minor v. USAA

| Amount Due | Amount Enc. |
|---|---|
| $37,405.20 | |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 03/14/2013 | Balance forward | | 0.00 |
| 03/28/2013 | Due 08/07/2013.<br>Printing of Maps by Jackson County<br>--- Reprographics / Digital Storage, 1 @ $45.00 = 45.00 | 45.00 | 45.00 |
| 05/26/2013 | Due 08/07/2013.<br>Expert Fees Righellis PC<br>--- Professional Services, 1 @ $621.00 = 621.00 | 621.00 | 666.00 |
| 06/10/2013 | Due 08/07/2013.<br>Deposition of Carraway<br>--- Court Reporting, 1 @ $1,256.75 = 1,256.75 | 1,256.75 | 1,922.75 |
| 06/10/2013 | Due 08/07/2013.<br>Deposition of Bergstrom<br>--- Court Reporting, 1 @ $1,174.50 = 1,174.50 | 1,174.50 | 3,097.25 |
| 06/26/2013 | Due 08/07/2013.<br>Delta Airlines Steve Wistar Deposition<br>--- Travel, 1 @ $597 = 597.00 | 597.00 | 3,694.25 |
| 06/29/2013 | Due 08/07/2013.<br>Transcript of Motion to Compel<br>--- Court Reporting, 1 @ $519.00 = 519.00 | 519.00 | 4,213.25 |
| 06/30/2013 | Due 08/07/2013.<br>Righellis PC<br>--- Professional Services, 1 @ $575.00 = 575.00 | 575.00 | 4,788.25 |
| 07/03/2013 | Due 08/07/2013.<br>Southwest Airlines David Mitchell Deposition<br>--- Travel, 1 @ $439.30 = 439.30 | 439.30 | 5,227.55 |
| 07/03/2013 | Due 08/07/2013.<br>Deposition of Gary Taylor<br>--- Court Reporting, 1 @ $794.00 = 794.00 | 794.00 | 6,021.55 |
| 07/07/2013 | Due 08/07/2013.<br>Taxi David Mitchell Deposition<br>--- Travel, 1 @ $74.50 = 74.50 | 74.50 | 6,096.05 |
| 07/08/2013 | Due 08/07/2013.<br>Taxi David Mitchell Deposition<br>--- Travel, 1 @ $28.00 = 28.00 | 28.00 | 6,124.05 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 37,405.20 | 0.00 | 0.00 | 0.00 | 0.00 | $37,405.20 |

MINOR-000028

McRae Law Firm, PLLC
416 East Amite Street
Jackson, MS 39201

# Statement

| Date |
|---|
| 8/7/2013 |

| To: |
|---|
| Minor v. USAA |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $37,405.20 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/08/2013 | Due 08/07/2013.<br>Southwest Airlines Ayers & Dixon Deposition<br>--- Travel, 1 @ $652.60 = 652.60 | 652.60 | 6,776.65 |
| 07/08/2013 | Due 08/07/2013.<br>Hotel David Mitchell Deposition<br>--- Hotel, 1 @ $801.66 = 801.66 | 801.66 | 7,578.31 |
| 07/08/2013 | Due 08/07/2013.<br>Meals David Mitchell Deposition<br>--- Meals, 1 @ $21.34 = 21.34 | 21.34 | 7,599.65 |
| 07/08/2013 | Due 08/07/2013.<br>Parking David Mitchell Deposition<br>--- Parking, 1 @ $28.00 = 28.00 | 28.00 | 7,627.65 |
| 07/11/2013 | Due 08/07/2013.<br>Meals Ayers & Dixon Deposition<br>--- Meals, 1 @ $38.38 = 38.38 | 38.38 | 7,666.03 |
| 07/11/2013 | Due 08/07/2013.<br>Taxi Service Ayers & Dixon Deposition<br>--- Travel, 1 @ $93.22 = 93.22 | 93.22 | 7,759.25 |
| 07/11/2013 | Due 08/07/2013.<br>Hotel Ayers & Dixon Deposition<br>--- Hotel, 1 @ $318.29 = 318.29 | 318.29 | 8,077.54 |
| 07/11/2013 | Due 08/07/2013.<br>Video for depositions of Bergstrom, Caraway, Taylor<br>--- Court Reporting, 1 @ $2,700.00 = 2,700.00 | 2,700.00 | 10,777.54 |
| 07/13/2013 | Due 08/07/2013.<br>Hotel Steve Wistar Deposition<br>--- Hotel, 1 @ $527.50 = 527.50 | 527.50 | 11,305.04 |
| 07/15/2013 | Due 08/07/2013.<br>Meals Steve Wistar Deposition<br>--- Meals, 1 @ $136.93 = 136.93 | 136.93 | 11,441.97 |
| 07/15/2013 | Due 08/07/2013.<br>Car Rental Steve Wistar Deposition<br>--- Car Rental, 1 @ $225.63 = 225.63 | 225.63 | 11,667.60 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 37,405.20 | 0.00 | 0.00 | 0.00 | 0.00 | $37,405.20 |

MINOR-000029

McRae Law Firm, PLLC
416 East Amite Street
Jackson, MS 39201

# Statement

| Date |
|---|
| 8/7/2013 |

| To: |
|---|
| Minor v. USAA |

| Amount Due | Amount Enc. |
|---|---|
| $37,405.20 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/15/2013 | Due 08/07/2013. Deposition od DR. David Mitchell --- Court Reporting, 1 @ $1,342.36 = 1,342.36 | 1,342.36 | 13,009.96 |
| 07/15/2013 | Due 08/07/2013. AccuWeather Expert Deposition Fees (to be reimbursed by USAA) --- Professional Services, 1 @ $6,300.00 = 6,300.00 | 6,300.00 | 19,309.96 |
| 07/16/2013 | Due 08/07/2013. Taxi Service Deposition of Righellis --- Taxi, 1 @ $75.12 = 75.12 | 75.12 | 19,385.08 |
| 07/16/2013 | Due 08/07/2013. Hotel Deposition of Righellis --- Hotel, 1 @ $682.13 = 682.13 | 682.13 | 20,067.21 |
| 07/17/2013 | Due 08/07/2013. Deposition of John Dixon --- Court Reporting, 1 @ $505.60 = 505.60 | 505.60 | 20,572.81 |
| 07/17/2013 | Due 08/07/2013. Deposition of Gary Ayers --- Court Reporting, 1 @ $1,510.60 = 1,510.60 | 1,510.60 | 22,083.41 |
| 07/17/2013 | Due 08/07/2013. Deposition of Mitchell --- Court Reporting, 1 @ $782.50 = 782.50 | 782.50 | 22,865.91 |
| 07/25/2013 | Due 08/07/2013. Delta Deposition of Wilhelm --- Travel, 1 @ $1,039.80 = 1,039.80 | 1,039.80 | 23,905.71 |
| 07/25/2013 | Due 08/07/2013. Car Rental Deposition of Wilhelm --- Car Rental, 1 @ $109.10 = 109.10 | 109.10 | 24,014.81 |
| 07/25/2013 | Due 08/07/2013. Hotel Deposition of Wilhelm --- Hotel, 1 @ $112.00 = 112.00 | 112.00 | 24,126.81 |
| 07/27/2013 | Due 08/07/2013. Transcipt of Motion Hearing 07.25.13 --- Court Reporting, 1 @ $759.00 = 759.00 | 759.00 | 24,885.81 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 37,405.20 | 0.00 | 0.00 | 0.00 | 0.00 | $37,405.20 |

MINOR-000030

## Statement

McRae Law Firm, PLLC
416 East Amite Street
Jackson, MS 39201

| Date |
|---|
| 8/7/2013 |

| To: |
|---|
| Minor v. USAA |

| Amount Due | Amount Enc. |
|---|---|
| $37,405.20 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 07/27/2013 | Due 08/07/2013.<br>Reghellis PC Expert Deposition Fees (to be reimbursed by USAA)<br>--- Professional Services, 1 @ $2,887.50 = 2,887.50 | 2,887.50 | 27,773.31 |
| 07/29/2013 | Due 08/07/2013.<br>Video Depo of Wilhelm<br>--- Court Reporting, 1 @ $940.00 = 940.00 | 940.00 | 28,713.31 |
| 07/31/2013 | Due 08/07/2013.<br>Deposition of Bergstrom<br>--- Court Reporting, 1 @ $139.00 = 139.00 | 139.00 | 28,852.31 |
| 08/05/2013 | Due 08/07/2013.<br>Deposition of Dixon<br>--- Court Reporting, 1 @ $1,533.75 = 1,533.75 | 1,533.75 | 30,386.06 |
| 08/07/2013 | Due 08/07/2013.<br>Delta Deposition of Key<br>--- Travel, 1 @ $675.60 = 675.60 | 675.60 | 31,061.66 |
| 08/07/2013 | Due 08/07/2013.<br>Hotel Deposition of Key (Chuck / Oliver)<br>--- Hotel, 1 @ $632.54 = 632.54 | 632.54 | 31,694.20 |
| 08/07/2013 | Due 08/07/2013.<br>As of 08.06.2013<br>--- Reprographics / Digital Storage, 11,422 @ $0.50 = 5,711.00 | 5,711.00 | 37,405.20 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 37,405.20 | 0.00 | 0.00 | 0.00 | 0.00 | $37,405.20 |

MINOR-000031