UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHUCK MCRAE et al.                                                              PLAINTIFFS

VS.                                          CIVIL ACTION NO. 3:16-CV-757-DPJ-FKB

PAUL S. MINOR et al.                                                           DEFENDANTS


ORDER DISMISSING WITH PREJUDICE ALL CLAIMS
ASSERTED BY PLAINTIFFS CHUCK MCRAE AND MCRAE LAW FIRM, PLLC


It is hereby ORDERED that all claims asserted by Plaintiffs Chuck McRae and McRae

Law Firm, PLLC, in this civil action are DISMISSED WITH PREJUDICE.

**SO ORDERED AND ADJUDGED** this the 6th day of March, 2018.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE



AGREED:

 s/ *Chuck McRae*
Chuck McRae (Miss. Bar #2804)
Counsel for Plaintiff Chuck McRae

 s/ *Drew M. Martin*
Drew M. Martin (Miss. Bar #101045)
Counsel for Plaintiffs Chuck McRae and McRae Law Firm, PLLC

 s/ *C. Lee Lott*
C. Lee Lott (Miss. Bar #10605)
Counsel for Defendants